UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MERT CELEBISOY,

               Petitioner,

v.

KAREN BRUNSON,

               Respondent.

Case No. C08-5739 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge recommends this application to proceed *in forma pauperis* be denied. Petitioner has not filed an objection.

The Court, having reviewed the report and recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's report and recommendation is approved and adopted;

(2) Petitioner shall pay the required filing fee [**$5.00**] to the Clerk of the Court within **thirty (30) days** of the date of this Order, otherwise this action will be dismissed; and

(3) The Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

DATED this 27th day of February, 2009.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1