1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

MERT CELEBISOY,

10
                              Petitioner,

11
       v.

12
   KAREN BRUNSON,

13
                              Respondent.

No. C08-5739 FDB

ORDER ADOPTING REPORT AND
RECOMMEDATION DENYING HABEAS
PETITION AND DISMISSING ACTION

14

15
       This matter comes before the Court on the Report and Recommendation of the Magistrate

16
Judge that Petitioner's request for habeas corpus relief be denied and the petition be dismissed

17
with prejudice.  The Petitioner has not filed objections to the Report and Recommendation.

18

19
       As detailed by the Magistrate Judge, Petitioner's assertion of a right to have a certified

20
court-appointed interpreter lacks merit as he has not met his burden to state a federal claim or

21
show some clearly established federal law which the trial court violated or unreasonably applied.

22
See Stevenson v. Lewis, 384 F.3d 1069, 1072 (9th Cir. 2004).  Further despite a finding by the

23
trial court that Petitioner's language skills were adequate for him to attend trial without an

24
interpreter, the trial nonetheless retained an interpreter to aid Petitioner at trial.

25
       As to Petitioner's other claim, it was not contrary to clearly established law for the

26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Washington court's to hold that the state courts could not resolve Petitioner's claim that Article 36 of the Vienna Convention was violated  when he was not provided an opportunity to contact his consul of origin.

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's writ of habeas corpus [Dkt. # 5] is DENIED and this action is **DISMISSED WITH PREJUDICE**; and

(3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 10th day of August, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2