# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MERT CELEBISOY,

                  Petitioner,

        v.

KAREN BRUNSON

             Respondent

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C08-5739FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X_____ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus [Dkt. # 5] is DENIED and this action is **DISMISSED WITH PREJUDICE**.

August 11, 2009

                            BRUCE RIFKIN
                                 Clerk

                          /s/  Pat LeFrois

                                Deputy Clerk